# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER ANTHONY HOSKINS | No. 3:01-cr-00266<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 30th day of January, 2018, **IT IS HEREBY ORDERED** that Peter Hoskins' Motion for Recommendation for Residential Re-Entry Center (Doc. 238) is **DENIED** without prejudice.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge