**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:01-cr-00266 |
| v. | (JUDGE CAPUTO) |
| PETER ANTHONY HOSKINS | |

**ORDER**

**NOW**, this 3rd day of April, 2018, **IT IS HEREBY ORDERED** that Peter Hoskins' Motion for Reconsideration for Recommendation for Residential Re-Entry Center, construed as a Motion for Recommendation for Residential Re-Entry Center (Doc. 241), is **GRANTED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge